To Judge Cogan,

    I would like to start by thanking you for allowing me to express to you personally, the shame, guilt, and many other emotions I feel as a result of my actions. As bad as it may be to be in the situation I am currently in, the real people who suffer are the two women that I encountered and took their car. I changed their lives forever. Nothing I say or do will ever fix that. I ask God for forgiveness every night and I realize that it is my actions, not my words and thoughts that will pave the way to redemption. Up to this point in my life I lived every day as if I was a victim. I justified my actions by a bad hand I was dealt early in life. The truth is I never was

a victim. I have every reason to be a success in life and I allowed opportunities to pass me by while lost in a victim mentality. I have finally been stopped, taken out of action so to say, and allowed time to really work on correcting the error of my ways. For once in my life it is me that wants change and help, me alone that is willing to do the work neccessary to move forward and learn to be a better man. Through the work with my mitigation specialist I have finally been honest as to what I feel and because of that I have been able to identify the behaviors and patterns that need to be changed. In a way I am grateful to have been given an opportunity to disect my every action and identify the cause. The reality is I have alot of work to do but the

truth is I am glad to do it. I can not dwell on the years lost and opportunitys lost. What I can do is thank God I have a chance to start anew and be the man I truly can be. Every moment in my life brought me to this point, and if I continue to work on my self and move forward, then it all can be *for* some thing. None of it will be in vain. I am willing to accept whatever decision you make on how much time I serve, but I want you to know that every day will be spent on transforming my self, through action, into a better human being. Not one day will be wasted. I think about the impact a moment has on someones life and I wish I could turn back time, but the only thing I *can* do is vow to continue to work towards

change and consider the outcome that can be possible if I persist. I want to be a better father, a better son, a better brother, a better friend, and above all a better man. Whatever the outcome is I will accept it willfully, but for the first time in my life I have finally been able to identify and work on the issues that led to my decision to take a car from two innocent women, whose lives will be changed forever. No one will be able to fix that and it keeps me up at night thinking about the damage to their lives I enflicted. The only thing I can do is never stop working on becoming a better man so maby one day I can reach out and help someone who is feeling the way I felt and help them to change before they

hurt someone else. The only way to maintain what I have is to give it away through outreach and help. From this day forward I vow to you, those two innocent women, and myself to continue to strive towards the goal of rightousness and to try to help the next person that may be going down the road that led me here. Thank you for allowing me to write to you, and thank God for this opportunity to really make a change and get to work with the full of my heart. In a way I know this is part of Gods plan and if continue to work hard and never give up I can repay those two women by contributing positivity and help to the people around me and people in general. Thank you again for your time and your reading.