

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JD
F. #2020R00990

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 13, 2021

<u>By ECF</u>

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

        Re:    United States v. Joseph Codd
                 <u>Crim. Dkt. No. 20-534 (BMC)(VMS)</u>

Dear Judge Cogan:

        The government respectfully writes jointly with the defense to request an adjournment of the sentencing in this matter, currently scheduled for September 14, 2021 at 9:30 a.m. The request is made to accommodate the Court's briefing schedule in light of the ongoing discussions of the facts as they apply to the Pre-Sentence Report ("PSR) issued by the United States Probation Department, and to accommodate a civilian witness who may wish to be heard or at least submit a statement to the Court at sentencing.

        The parties jointly request a date at the Court's convenience towards the end of October or early November 2021. This will allow the parties to file objections to the PSR, if any, and to submit written submissions regarding sentencing. To the extent necessary, since the guilty plea has not yet been accepted by the Court, the parties also

request an order of excludable delay from September 14, 2021 through the scheduled sentencing date as set by the Court.  This is the second application to adjourn sentence.   The defense consents to this application.

                Respectfully submitted,

                JACQUELYN M. KASULIS
                Acting United States Attorney

          By:    s/Jack Dennehy
              Jack Dennehy
              Assistant U.S. Attorney
              (718) 254-6133

Cc: Patrick Brackley, Esq. (By ECF)