

U.S. Department of Justice

United States Attorney
Eastern District of New York

JD
F. #2020R00990

271 Cadman Plaza East
Brooklyn, New York 11201

October 27, 2021

By ECF

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

   Re: United States v. Joseph Codd
     Crim. Dkt. No. 20-534 (BMC)(VMS)

Dear Judge Cogan:

  The government respectfully writes jointly with the defense to request an adjournment of the sentencing in this matter, currently scheduled for November 3, 2021. The request is made to accommodate the Court's briefing schedule in light of the ongoing discussions of the facts as they apply to the Pre-Sentence Report ("PSR) issued by the United States Probation Department, and to accommodate a civilian witness who may wish to be heard or at least submit a statement to the Court at sentencing.

  The parties jointly request a date at the Court's convenience for a Live, in person proceeding - namely November 17, 2012 at 11:00 a.m..   This will allow the parties to file objections to the PSR, if any, and to submit written submissions regarding sentencing. To the extent necessary, since the guilty plea has not yet been accepted by the Court, the

parties also

request an order of excludable delay from November 3, 2021 through the scheduled sentencing date of November 17, 2021.  This is the third application to adjourn sentence.  The defense consents to this application.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:    s/Jack Dennehy
        Jack Dennehy
        Assistant U.S. Attorney
        (718) 254-6133

Cc: Patrick Brackley, Esq. (By ECF)